**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                         CASE NO. 3:19-cr-192-J-20MCR

GE SONGTOA
ZHENG YAN
_____/

Defense Atty.: EDWARD R. SHOHAT
HENRY M. COXE, III
AUSA: MICHAEL COOLICAN

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | November 4, 2019 1:33 PM – 1:49 PM 16 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | Catherine Finn | PRETRIAL/PROBATION | KIMBERLY BARRETT |

# CLERK'S MINUTES

## PROCEEDINGS: STATUS OF COUNSEL HEARING, ARRAIGNMENT AND DETENTION HEARING

**STATUS OF COUNSEL**
Interpreter placed under oath.

Oral Notice of appearance entered on behalf of Defendant Songtoa by Edward R. Shohat, Esq.

Oral Notice of appearance entered on behalf of Defendant Yan by Henry M. Coxe, III, Esq.

**ARRAIGNMENT**
Both Defendants advised of rights.

Both Defendants entered pleas of not guilty.

Discovery motions to be filed by: November 18, 2019 as to both Defendants.

Dispositive motions, motions for district judge and motions to suppress to be filed by: December 2, 2019 as to both Defendants.

Status Conference: December 11, 2019 before the Honorable Harvey E. Schlesinger as to both Defendants.

Trial term commencing: January 6, 2020 before the Honorable Harvey E. Schlesinger as to both Defendants.

**DETENTION**
Counsel for both Defendants orally moved for a continuance of the detention hearing until the week of November 25, 2019 without objection from the Government.

Detention hearing reset for November 26, 2019 at 10:30 am as to both Defendants – **ORDER TO ENTER**.


Filed in Open Court:
    Notice of Acceptance of General Discovery by both Defendants
    Notice Appearance (Trial Only) – Defendant Songtoa
    Notice of Intent to Use Foreign Intelligence Surveillance Act Information - Government