**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                       CASE NO. 3:19-cr-192-J-20MCR

GE SONGTOA
ZHENG YAN

---

**ORDER OF TEMPORARY DETENTION PENDING
HEARING PURSUANT TO BAIL REFORM ACT**

Upon oral joint motion of both Defendants to continue the detention hearing, and the Court finding good cause for the continuance pursuant to 18 U.S.C. § 3142(f)(2) the Motion is **GRANTED** and it is **ORDERED** that a detention hearing is set for January 16, 2020 at 10:30 AM before the Honorable Monte C. Richardson in Courtroom No. 5C, Fifth Floor, **300 North Hogan Street, Jacksonville, Florida.** Both Defendants shall be held in custody by the United States Marshals and produced for the hearing.

Date: December 11, 2019

                                                              MONTE C. RICHARDSON
                                                              UNITED STATES MAGISTRATE JUDGE

Copies to:
Assistant United States Attorney (Coolican)
Edward Shohat, Esq.
Henry Coxe, III, Esq.
United States Pretrial Services
United States Marshal Service